UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CHAPTER 7

Matthew John Gardner and

Jennifer Marie Gardner

Case Number: 25-13073-pmm

DEBTORS

---

## DEBTORS' MOTION TO REINSTATE THE BANKRUPTCY CASE AND TO VACATE THE ORDER DISMISSING THE CASE

Debtors request the Court to consider Debtors' Motion to Reinstate the Bankruptcy Case and to Vacate the Order Dismissing the Case. In support thereof, Debtors aver as follows:

1   On July 31, 2025, Debtors filed a Chapter 7 Petition.

2   On August 17, 2025, Debtors filed their Motion to Extend time to File Schedules and Remaining Documents. (Doc # [9]).

3   On August 18, 2025, this honorable Court filed an Order approving the Motion to Extend Time to File Remaining schedules and documents due on August 25, 2025 (Doc # [10])

4   Debtors were unable to file said remaining documents by August 25, 2025.

5   On August 26, 2025, Debtors filed a motion to Extend Time to file Remaining Schedules and Documents (Doc # [11]).

6   On August 26, 2025, this Court granted by Order to file said documents by September 5, 2025. (Doc # [12]).

7   Debtors filed certain schedules by September 9, 2025; however, they inadvertently omitted to file schedules AB-J, which omission they did not become aware of until September 24, 2025, when this Court Ordered the dismissal the Debtors' Bankruptcy Case because the debtor(s) failed to timely file the documents required by the above order (Doc # [23]).

8    Debtors aver that the failure to timely file schedules AB-J was inadvertent and that they did file the same on or about September 25, 2025 (Doc # [24]).

WHEREFORE, Debtors respectfully requests the Court to reinstate the Bankruptcy Case and to vacate the Order dismissing the case.

Date: November 2, 2025

Christopher C. Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA  19335
Phone:  610.380.7969
E-mail:  cccarresq@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 7

Matthew John Gardner and

Jennifer Marie Gardner

Case Number: 25-13073-pmm

DEBTORS

**ORDER**

Upon consideration of Debtors' motion to reinstate the Bankruptcy Case and Vacate the Order Dismissing the Bankruptcy Case, it is hereby ORDERED:

1. The Motion is granted.

2. The Bankruptcy Case is reinstated.

3. The Order Dismissing the Case is vacated.

4. Debtors is excused from the requirement to pay a second or additional filing fee for the instant Motion.

By the Court:

Date:

_____
Judge, United States Bankruptcy Court